UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUIS PEREYRA,<br><br>                    Plaintiff,<br><br>              v.<br><br>FANCY 57 CLEANERS, INC., FANCY HARLEM CLEANERS, INC., FANCY MAYFLOWER CLEANERS, INC., DAE KYUNG BAE a/k/a DAMON BAE and MYOUNG S. BAE,<br><br>                    Defendants. | Civil Action No.<br>11-CV-1522 (RJS)<br><br>NOTICE OF APPEAL |

      NOTICE IS HEREBY GIVEN that FANCY 57 CLEANERS, INC., FANCY HARLEM CLEANERS, INC., FANCY MAYFLOWER CLEANERS, INC., and DAE KYUNG BAE a/k/a DAMON BAE, defendants in the above case, hereby appeal to the United States Court of Appeals for the Second Circuit from: (a) the judgments entered herein, and from each and every part thereof, as follows: (1) the Judgment, dated and filed on March 22, 2013, as ECF No. 98 (for which a Notice of Appeal was previously filed on April 15, 2013, as ECF No. 100), and (2) the Amended Judgment, dated and filed on February 28, 2014, as ECF No. 124, amending the Judgment filed on March 22, 2013; and (b) the following orders entered herein by The Hon. Richard J. Sullivan, USDJ:

      (1)    Order dated September 24, 2012, and filed September 25, 2012, as ECF No. 87, permitting the withdrawal of C.K. Lee, trial counsel for Defendants, before the entry of a final judgment;

      (2)    Order dated October 25, 2012, and filed October 26, 2012, as ECF No. 95, denying reconsideration of the Order permitting Mr. Lee to withdraw as Defendants' attorney, filed as ECF No. 87;

      (3)    Order dated and filed on March 20, 2013, as ECF No. 97, denying Defendants' motion for Judgment as a Matter of Law, and directing the Clerk of the Court to enter an order of judgment;

- 2 -

(4)     Order dated and filed on April 17, 2013, as ECF No. 107, insofar as it granted an extension of time to Plaintiff within which to move pursuant to Fed. R. Civ. P. 59(e) and/or 60(a), for an order amending the judgment to include liquidated damages and pre-judgment interest; and

(5)     Order dated February 27, 2014, and filed on February 28, 2014, as ECF No. 123, insofar as the Order: (a) denied Defendants' motion for a new trial; (b) granted Plaintiff's motion to amend the Judgment; and (c) granted in part Plaintiff's motion for costs and attorneys' fees.

Dated: Queens, New York  
       March 28, 2014                               /s/SAMUEL CHUANG
                                                    ———————————————
                                                    SAMUEL CHUANG (SC 5114)
                                                    Law Offices of Samuel Chuang, Esq.
                                                    135-11 40th Road, Suite 4C
                                                    Flushing, NY 11354
                                                    (718) 353-4700
                                                    Fax: (212) 202-4527
                                                    Email: samuel.chuang@chuanglaw.com
                                                    *Attorney for Defendants*

- 3 -

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that he served or caused to be served the within Notice of Appeal upon the following persons, for the parties herein, and upon C.K. Lee, withdrawn attorney for defendants, in the manner set forth below.

Dated: Queens, New York
       March 28, 2014

/s/SAMUEL CHUANG

**(Via ECF:)**
William Cafaro, Sr.
Law Offices of William Cafaro
108 W. 39th St., Ste. 1500
New York, New York 10036
Tel.: (212) 583-7400
Fax: (212) 583-7401
E-mail: bcafaro@cafaroesq.com
*Attorney for Plaintiff*

**(Via Mail:)**
C.K. Lee
Lee Litigation Group, PLLC
30 E. 39th St., 2nd Fl.
New York, NY 10016
Tel.: (212) 465-1188
Fax: (212) 465-1181
E-mail: cklee@leelitigation.com
*Former attorney for Defendants*